Daniel Harper
FULL NAME
Daniel Harper
COMMITTED NAME (if different)
CSP Lancaster
FULL ADDRESS INCLUDING NAME OF INSTITUTION
44750 60th Street West
Lancaster, Cal.C 93539
PRISON NUMBER (if applicable)
G 61389



Related DDJ

FILED
CLERK, U.S. DISTRICT COURT

MAR - 1 2024

CENTRAL DISTRICT OF CALIFORNIA
BY  mmc  DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Daniel Harper

PLAINTIFF,

v.

California State Prison
Lancaster        DEFENDANT(S).

CASE NUMBER  2:24-CV-02108-JGB-KS
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
PURSUANT TO *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

### A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☑ Yes   ☐ No

2. If your answer to "1." is yes, how many? ___3___

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   Now in November 2023 the Plantiff received these two letters signed by employee #3 in the Prisons mail Room.

   Now these two letters were sent (Reid-v-Darha 2024 U.S. Dist Lexis 1454) in from California Department of Public Health Licensing and Certification Program the Investigation Section and the UCLA school of Law that came to the Plantiff as legal mail (Rodriguez-v-Seabreeze Jetleu LLC 620 F. Supp 3d 1009).

   Now this one staff member #3 of the mail room

orginal
copy

Page 1 of 2

have the authority (Unite Here Ret. Fund -v. City
of San Jose 2023 U.S. Dist Lexis 140636) or jurisdiction
(Langer -v- B.R Guest 2021 U.S. Dist Lexis 206570) to
even open these letters or see what these letters did
contain at all.

Now was this one staff member #3 just a
little nosey (Williams -v- Davis 2016 U.S. Dist Lexis
41533) or paranoid (Andrew C-v-Scott 2021 U.S Dist
Lexis 35060) wondering if this letter was due to one of
the medical staff at this prison CSP Lancaster.

Now when this staff member #3 did open this
letter illegally they did violate the Plantives First and
Sixth Amendment Right, because with out the Plant. off
being right there to watch this staff member #3 open
this letter it was not to be opened according to CCR
rule 3141

Now the prisons Appeals Coordinator and the
Departments Appeals Coordinator in Sacramento both
want to say this was not legal mail. Now they both
want to say this because one of their staff did just
commit (Jackson -v- MacOmber 2023 U.S. Dist Lexis 128647)
a Federal crime and they all want to protect (Greer
-v- Cnty of San Diego 634 F.Supp 3d 911) all their staff.
But if this staff member #3's would of not wanting to be
so nosey and put these letters in the legal mail box
I would of had to come to a certain place to pick these
letters up as legal mail and for the Plant. off to be right
there when someone opened these letters.

Page 2 of 2

Now if the Appeals Coordinator in the CSP Lancaster and the Appeals Coordinator in Sacramento S. Rivera want to say these letters are or were not Legal mail that would mean 15 CCR 3141 in Each. + 4 is a lie when 3141 (c)(2) when you got a Medical Licensing Board and not just any one can work in this office unless one of the Governor's office staff hire them so this kind of mail is considered legal mail and if it is not then they got to change the rules and if you, me and every other person in the country got to follow the law and rules or get into trouble. Then all these crooked (United States - v Bailey, 2017 U.s Dist Lexis 119126) and corupt (Orlop - v. Warden 2020 U.S. Dist Lexis 153093) staff members that do work for the California Department of Corrections.

a. Parties to this previous lawsuit:
Plaintiff Daniel Harper

Defendants CDCC   I think

b. Court United States Eastern District Court

c. Docket or case number 2:07-CU-02149 LKK-DA

d. Name of judge to whom case was assigned Unknown

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) ~~none knowable~~ dismissed

f. Issues raised: none known oC

g. Approximate date of filing lawsuit: 2007

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Daniel Harper
(print plaintiff's name)
who presently resides at 44750 60th street West Lancaster, Cal. C 93535
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
CSP. Lancaster  Cal.Corn.c
(institution/city where violation occurred)

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT                    Page 2 of 6

a. Parties to this previous lawsuit:
Plaintiff _Daniel Harper_

Defendants _CDCR_

b. Court ~~2.08 CU 09 2526 GGH~~
_United States Eastern District Court_

c. Docket or case number _2:08-CU 2526 GGH_

d. Name of judge to whom case was assigned _Unknown_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _dismissed_

f. Issues raised: _None known of_

g. Approximate date of filing lawsuit: _2008_

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes   ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes   ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Daniel Harper_
(print plaintiff's name)

who presently resides at _44750 60th Street West, Lancaster, CA° 93535_
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_CSP Lancaster Cal.Corn.c_
(institution/city where violation occurred)

a. Parties to this previous lawsuit:
Plaintiff _Daniel Harper_

Defendants _CDCR_

b. Court _United States Eastern District Court_

c. Docket or case number _2:20 CU-09796 JGB-ks_

d. Name of judge to whom case was assigned _Unknown_

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _dismissed_

f. Issues raised: _none_

g. Approximate date of filing lawsuit: _2020_

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☑ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

3. Is the grievance procedure completed? ☑ Yes  ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Daniel Harper_
(print plaintiff's name)
who presently resides at _44750 60th street West Lancaster, Cc\.C 93535_
(mailing address or place of confinement)
were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
_CSP Lancaster Cc\.Corn-s_
(institution/city where violation occurred)

CV-66 (7/97)                         CIVIL RIGHTS COMPLAINT                         Page 2 of 6

on (date or dates) _November - 2023_

(Claim I)                    (Claim II)                    (Claim III)

**NOTE:**     You need not name more than one defendant or allege more than one claim. If you are naming more than
five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant _CSP - Lancaster_ _____ resides or works at
    (full name of first defendant)

    _44750 60th street west Lancaster, Cali.C 93579_
    (full address of first defendant)

    _Mail room staff member #3_
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

    Explain how this defendant was acting under color of law:

    _opening legal mail_

2.  Defendant _CSP. Lancaster_ _____ resides or works at
    (full name of first defendant)

    _44750 60th street west Lancaster, Cali.C 93579_
    (full address of first defendant)

    _Appeals Coordinators_
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☑ official capacity.

    Explain how this defendant was acting under color of law:

    _denying my appeal on staff member_

3.  Defendant _S. Riveria_ _____ resides or works at
    (full name of first defendant)

    _1515 S street Sacramento, Cali.C 95811_
    (full address of first defendant)

    _Appeals Coordinator_
    (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☑ individual   ☑ official capacity.

    Explain how this defendant was acting under color of law:

    _Wanting to deny my appeal locking up corrupt staff_

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

one of the prisons mail room staff opening my legal mail and the Appeal's Coordinator of prison wanting to allow the staff to keep doing this to other inmates and letting them get away with this crime

Supporting Facts:  Include all facts you consider important.  State the facts clearly, in your own words, and without citing legal authority or argument.  Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

CSP. Lancaster mail room staff #3
CSP. Lancaster Appeal's Coordinator
S. River is Head Appeal Coordinator in Sacramento

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

**CIVIL RIGHTS COMPLAINT**

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

to get these 3 staff members let go and punished for breaking the law with a willingly heart. And to be granted $2,000,000 dollars punitive damages for the wrongs done to the plantiff

_2.21-24_
_(Date)_

_(Signature of Plaintiff)_

Exhibit
1



CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

## CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

**Offender Name:** HARPER, DANIEL J.                          **CDC#:** G61389

**Date:** 11/14/2023

**Current Location:** LAC-Facility D                    **Current Area/Bed:** D 005 1144001L

**From:** Office of Grievances at California State Prison, Los Angeles County

**Re:** Log # 000000478394

The California Department of Corrections and Rehabilitation Office of Grievances at California State Prison, Los Angeles County received your grievance on 11/13/2023. Your grievance has been assigned for review and response.

Pursuant to California Code of Regulations, title 15, the Office of Grievances will complete its review no later than 01/13/2024.

Please be informed that the Office of Grievances will not respond to any inquiries about the status of a grievance prior to the date shown above.

CDCR SOMS OGTT300
CLAIMANT GRIEVANCE RECEIPT ACKNOWLEDGMENT

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: 478394 | Date Received: NOV 1 8 202. |
|---|---|---|
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: Daniel Harper          CDCR #: G-61389

Institution/Parole Region: CSP-Lancaster    Current Housing/Parole Unit: D-5-144

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- *What is the nature of your complaint?*
- *When and where did the complaint occur?*
- *Who was involved?*
- *Which specific people can support your complaint?*
- *Did you try to informally resolve the complaint?*
- *What rule or policy are you relying on to make your complaint?*
- *What specific action would resolve your complaint?*

*NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).*

Now I received these two legal letter's completely opened signed by employee #JFU. Now this employee did breach the CCR rules by either being nosey or prejudice or not caring when they opened my legal mail in CCR 3133 to where legal mail is to be opened in front of the inmate not in the mail room. Now I do not know if they took any thing out or not, it is I might be in prison for breaking the law but I still got civil rights and this lazy nosey person either does not like there job wants to come to prison for opening legal mail that they are not to at all and this is against the law and I am going to push this issue all the way to the max

*ADA Accessible*

2

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Claimant Signature: _____     Date Signed: _1 - 8 - 23_

*ADA Accessible*



California Department of Public Health
Licensing and Certification Program
Investigation Section
MS 3303
P.O. Box 997416
Sacramento, CA   95899-7416

HBBWS5B 93535

E‌.‌ #3

3

PO Box 951476
Los Angeles CA 90095

Daniel Harper # 961389
44750 60th St. W
Lancaster, CA 93536-7620
PO Box 4490 8487

EC____#3

incarcerated persons legal project

UCLA School of Law
385 Charles E. Young Dr. E
P.o. Box 951476
Los Angeles, calc
90055

address fill usul's no legal copies
from corner of envelope

4

Exhibit
2

CALIFORNIA DEPARTMENT *of*
**Corrections and Rehabilitation**

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** HARPER, DANIEL JAMES                    **Date:** 12/01/2023
**CDC#:** G61389

**Current Location:** LAC-Facility C                    **Current Area/Bed:** C 004 1 - 114001L

**Log #:** 000000478394

## Claim #: 001

**Received at Institution/Parole Region:** California State Prison, Los Angeles County
**Submitted to Facility/Parole District:** LAC-Facility D
**Housing Area/Parole Unit:**
**Category:** Offender Resources                    **Sub-Category:** Mail

### I. CLAIM

The Claimant alleges that his legal mail was opened outside his presence and is of breach of CCR rules.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

California Code of Regulations (CCR) Title 15 Section 3141 Confidential Correspondence
CCR Title 15 Section 3134 General mail regulations

#### B. DOCUMENTS CONSIDERED

CDCR 602 form authored by the Claimant

### III. REASONING AND DECISION

A review of the grievance revealed the LAC mailroom processes incoming confidential mail per policy and procedure. Upon further review, the Claimant did in fact receive mail addressed from "California Department of Public health" and "UCLA School of Law" which is not deemed as legal mail. All mail not deemed as legal is processed according to Title 15 Section 3134. LAC mailroom works diligently to process all incoming mail per policy and procedure.

### IV. Comments

### Decision: Denied

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Rivera [RIST001] | Reviewing Authority | 11/30/2023 |

STATE OF CALIFORNIA

**APPEAL OF GRIEVANCE**

CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| **STAFF USE ONLY** | OGT Log No: ___ 000000478394 ___ | Date Received: _____ |
|---|---|---|
| | Decision Due Date: _____ | |
| | Categories: _____ | |

Claimant Name: _____ HARPER, DANIEL JAMES _____     CDCR #: _____ G61389 _____

Institution/Parole Region: CSP. ~~SAC~~ Lancaster     Current Housing/Parole Unit: C-4-114

**STAFF USE ONLY**

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

OGT Log No: _____ 000000478394 _____     Claim No: ___ 1 ___

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ Now according to J/4/ legal mail is not suppose to be opened by this mail room with out my knowledge and now you do not know what they took out, if any and this is against the law for this unlaw abending staff at this prison since they are so scared that someone is acting on how they treat the inmates everyday

> This form shall be submitted by mail to:
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**
The Office of Appeals will consider all of the supporting documentation you previously submitted to the
Office of Grievances when reviewing your appeal, but will <u>not</u> consider any new documentation.
Therefore, it is recommended you not attach any documentation to this form.
**Furthermore, any documentation you attach to this form will not be returned to you.**

Claimant Signature: _____     Date Signed: 12-8-23

_ADA Accessible_



STATE OF CALIFORNIA

**APPEAL OF GRIEVANCE**
CDCR 602-2 (Rev. 01/22)

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**OGT Log No:** _____ 000000478394 _____     **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*ADA Accessible*



STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | OGT Log No: __478394__ | Date Received: NOV 1 3 202. |
|---|---|---|
| | Decision Due Date: | |
| | Categories: | |

Claimant Name: Daniel Harper    CDCR #: G-61389

Institution/Parole Region: CSP-Lancaster    Current Housing/Parole Unit: D-5-144

**STAFF USE ONLY**

_Use this form to file a complaint with the Department._

**In order for the Department to understand your complaint, please answer all of the following questions:**

- _What is the nature of your complaint?_
- _When and where did the complaint occur?_
- _Who was involved?_
- _Which specific people can support your complaint?_
- _Did you try to informally resolve the complaint?_
- _What rule or policy are you relying on to make your complaint?_
- _What specific action would resolve your complaint?_

_NOTE: Attach documents that help support your complaint (identify the documents if you do not have them)._

Now I received these two legal letter's completely opened signed by employee #JEO. Now this employee did breach the CCR rules by either being nosey or prejudice or not caring when they opened my legal mail in CCR 3133 to where legal mail is to be opened in front of the inmate not in the mail room. Now I do not know if they took anything out or not, it is I might be in prison for breaking the law but I still got civil rights and this lazy nosey person either does not like there job wants to come to prison for opening legal mail that they are not to at all and this is against the law and I am going to push this issue all the way to the max

_ADA Accessible_

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

## CONTINUATION PAGE

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

**Claimant Signature:** _____    **Date Signed:** 1-8-23

*ADA Accessible*



California Department of Public Health
Licensing and Certification Program
Investigation Section
MS 3303
P.O. Box 997416
Sacramento, CA   95899-7416

PO Box 951476
Los Angeles CA 90095

Daniel Harper #G161389
44750 60th St. W
Lancaster, CA 93536-7620
PO Box 8487

incarcerated persons Bankel Project
UCLA School of Law
385 Charles E. Young D/E
P.O. Box 951476
Los Angeles, CA
90095

address likely would not peel cur ed
from corner of envelope

EC

## 15 CCR 3141

This document is current through Register 2023, No. 38, September 22, 2023

*CA - Barclays Official California Code of Regulations > TITLE 15. CRIME PREVENTION AND CORRECTIONS > DIVISION 3. ADULT INSTITUTIONS, PROGRAMS AND PAROLE > CHAPTER 1. RULES AND REGULATIONS OF ADULT OPERATIONS AND PROGRAMS > SUBCHAPTER 2. INMATE RESOURCES > ARTICLE 4. MAIL*

## § 3141. Confidential Correspondence

(a) Confidential correspondence is a right guaranteed by law. Using confidential correspondence for personal non-business correspondence, the transmission of contraband items, or the smuggling of letters and other communications to be forwarded to persons not listed in subsection (c) is an abuse of this right and such proven abuse may be subject to disciplinary action as described in Sections 3314 and 3315.

(b) Confidential mail will not be limited to First Class mail standards. Mail received from confidential correspondents will be processed regardless of weight or postage class.

(c) Persons and employees of persons with whom inmates may correspond confidentially and from whom inmates may receive confidential correspondence include:

(1) All state and federal elected officials.

(2) All state and federal officials appointed by the governor or the President of the United States.

(3) All city, county, state and federal officials having responsibility for the inmate's present, prior or anticipated custody, parole or probation supervision.

(4) County agencies regarding child custody proceedings, as clearly identified in the communication and listed on the envelope.

(5) All state and federal judges and courts.

(6) An attorney at law, on active status or otherwise eligible to practice law, listed with a state bar association.

(7) All officials of a foreign consulate.

42 10

15 CCR 3141

(8) The Secretary, Undersecretary, Chief Deputy Secretaries, Executive Director, Assistant Secretaries, Division Directors, Deputy Directors, Associate Directors, the Chief, Office of Appeals, and the Lead Ombudsman's Office of the Department.

(9) A legitimate legal service organization that consists of an established group of attorneys involved in the representation of offenders in judicial proceedings including, but not limited to:

(A) The American Civil Liberties Union.

(B) The Prison Law Office.

(C) The Young Lawyers Section of the American Bar Association.

(D) The National Association of Criminal Defense Lawyers.

(E) California Appellate Project.

(d) All incoming confidential mail from an attorney or legal service organization shall include the attorney's name, title, and return address of their office. Institution mailroom staff shall contact the CDCR Office of Legal Affairs Division at Headquarters if there is any question regarding the legitimacy of a legal service organization.

## Statutory Authority

## AUTHORITY:

NOTE : Authority cited: *Section 5058, Penal Code*. Reference: *Sections 2600 and 5054, Penal Code*; *In re Jordan, 12 CA 3rd 575 (1974)*; and *King* v. *Borg*, USDC-ED Case No. CIV. S-87-0519 LKK/PAN/P.

## History

HISTORY

1. Editorial correction of subsection (a) filed 2-19-85 (Register 85, No. 8).

2. Change without regulatory effect adopting new subsection (c)(8) and amending NOTE filed 8-19-93; operative 8-19-93 (Register 93, No. 34).

3. Repealer of subsection (c)(6) and subsection renumbering filed 4-8-96 as an emergency; operative 4-8-96 (Register 96, No. 15). Pursuant to *Penal Code section 5058(e)*, a Certificate of Compliance must be transmitted to OAL by 9-15-

96 or emergency language will be repealed by operation of law on the following day.

4. Certificate of Compliance as to 4-8-96 order transmitted to OAL 9-13-96 and disapproved 10-28-96 (Register 96, No. 44).

5. Repealer of subsection (c)(6) and subsection renumbering filed 10-28-96 as an emergency; operative 10-28-96 (Register 96, No. 44). Pursuant to *Penal Code section 5058(e)*, a Certificate of Compliance must be transmitted to OAL by 4-6-97 or emergency language will be repealed by operation of law on the following day.

6. Certificate of Compliance as to 10-28-96 order transmitted to OAL 3-3-97 and filed 4-14-97 (Register 97, No. 16).

7. New subsection (c)(4), subsection renumbering, and amendment of NOTE filed 7-28-97 as an emergency; operative 7-28-97 (Register 97, No. 31). Pursuant to *Penal Code 5058(e)*, a Certificate of Compliance must be transmitted to OAL by 1-5-98 or emergency language will be repealed by operation of law on the following day.

8. Certificate of Compliance as to 7-28-97 order, including further amendment of subsection (c)(4), transmitted to OAL 12-2-97 and filed 1-15-98 (Register 98, No. 3).

9. Amendment filed 7-17-2008; operative 7-17-2008 pursuant to *Government Code section 11343.4* (Register 2008, No. 29).

10. Amendment of subsection (c)(8) filed 3-25-2020 as an emergency; operative 6-1-2020 (Register 2020, No. 13). Pursuant to *Penal Code section 5058.3*, a Certificate of Compliance must be transmitted to OAL by 11-9-2020 or emergency language will be repealed by operation of law on the following day.

11. Emergency filed 3-25-2020 and operative 6-1-2020 extended 60 days pursuant to Executive Order N-40-20 and an additional 60 days pursuant to Executive Order N-66-20 (Register 2020, No. 42). A Certificate of Compliance must be transmitted to OAL by 3-9-2021 or emergency language will be repealed by operation of law on the following day.

12. Amendment of subsection (c)(8) refiled 2-25-2021 as an emergency; operative 3-10-2021 (Register 2021, No. 9). Emergency expiration extended 60 days (Executive Order N-40-20) plus an additional 60 days (Executive Order N-71-20). A Certificate of Compliance must be transmitted to OAL by 10-8-2021 or emergency language will be repealed by operation of law on the following day.

15 CCR 3141

13. Amendment of subsection (c)(8) refiled 10-4-2021 as an emergency; operative 10-8-2021 pursuant to *Government Code section 11346.1(d)* (Register 2021, No. 41). A Certificate of Compliance must be transmitted to OAL by 1-6-2022 pursuant to *Government Code section 11346.1(h)* or emergency language will be repealed by operation of law on the following day.

14. Certificate of Compliance as to 10-4-2021 order transmitted to OAL 12-7-2021 and filed 1-5-2022 (Register 2022, No. 1).

BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS
Copyright © 2023 by Barclays Law Publishers All rights reserved

Exhibit
3



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF APPEALS DECISION

**Offender Name:** HARPER, DANIEL JAMES

**CDC#:** G61389

**Current Location:** LAC-STRH

**Date:** 02/18/2024

**Current Area/Bed:** Z  001 1 - 173001L

**Log #:** 000000478394

## Claim #  001

**Received at Institution/Parole Region:**  California State Prison, Los Angeles County

**Submitted to Facility/Parole District:**  LAC-Facility D

**Housing Area/Parole Unit:**

**Category:** Offender Resources                          **Sub-Category:** Mail

### I. ISSUE ON APPEAL

Appellant alleges their legal mail was opened.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

Title 15, section 3130, 3131, 3132, 3133, 3134, 3141, 3143, 3144, 3145, and 3165

#### B. DOCUMENTS CONSIDERED

CDCR 602, Log No. 478394

### III. REASONING AND DECISION

Appellant received letters from the California Department of Public Health and the UCLA School of Law.  Pursuant to Title 15, section 3141(c), appellant's letters did not meet the criteria to be processed as legal/confidential mail.  Therefore, this claim is denied.

### IV. REMEDY

Your claim has been denied. Therefore, there is no applicable remedy.

### Decision: Denied

After a thorough review of all documents and evidence available at the time of this written decision, it is the order of the Office of Appeals that this claim is denied. This decision exhausts the administrative remedies available to the claimant within CDCR.

| Staff Signature | Title | Date/Time |
|---|---|---|
| H. Moseley [MOHO002] | Reviewing Authority | 02/17/2024 |

14

CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:** HARPER, DANIEL JAMES
**CDC#:** G61389
**Current Location:** LAC-Facility C

**Date:** 12/01/2023

**Current Area/Bed:** C 004 1 - 114001L

**Log #:** 000000478394

## Claim #: 001

**Received at Institution/Parole Region:** California State Prison, Los Angeles County
**Submitted to Facility/Parole District:** LAC-Facility D
**Housing Area/Parole Unit:**
**Category:** Offender Resources          **Sub-Category:** Mail

### I. CLAIM

The Claimant alleges that his legal mail was opened outside his presence and is of breach of CCR rules.

### II. RULES AND REFERENCES

#### A. CONTROLLING AUTHORITY

California Code of Regulations (CCR) Title 15 Section 3141 Confidential Correspondence
CCR Title 15 Section 3134 General mail regulations

#### B. DOCUMENTS CONSIDERED

CDCR 602 form authored by the Claimant

### III. REASONING AND DECISION

A review of the grievance revealed the LAC mailroom processes incoming confidential mail per policy and procedure. Upon further review, the Claimant did in fact receive mail addressed from "California Department of Public health" and "UCLA School of Law" which is not deemed as legal mail. All mail not deemed as legal is processed according to Title 15 Section 3134. LAC mailroom works diligently to process all incoming mail per policy and procedure.

### IV. Comments

**Decision: Denied**

After a thorough review of all the documents and evidence presented to the Office of Grievances, it is the order of the Office of Grievances to DENY this claim.

If you are dissatisfied with this response you may appeal this decision by mailing the CDCR Form 602-2 included in this response to the California Department of Corrections and Rehabilitation, Office of Appeals. Do not resubmit this claim to the Office of Grievances.

15

| Staff Signature | Title | Date/Time |
|---|---|---|
| S. Rivera [RIST001] | Reviewing Authority | 11/30/2023 |

16

STATE OF CALIFORNIA

**APPEAL OF GRIEVANCE**

CDCR 602-2 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

| STAFF USE ONLY | **OGT Log No:** _____ 000000478394 _____ **Date Received:** _____ |
| | **Decision Due Date:** _____ |
| | **Categories:** _____ |

**Claimant Name:** _____ HARPER, DANIEL JAMES _____    **CDCR #:** _____ G61389 _____

**Institution/Parole Region:** _____**Current Housing/Parole Unit:** _____

**STAFF USE ONLY**

_Use this form to appeal a decision or a remedy by the Office of Grievances._

Do not include new complaints on this form, they must first be filed with the Office of Grievances on a Form 602-1.

**OGT Log No:** _____ 000000478394 _____    **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

_I am dissatisfied with the response I was given because_ _____

_____

_____

_____

_____

_____

_____

> **This form shall be submitted by mail to:**
> Office of Appeals
> Department of Corrections and Rehabilitation
> P.O. Box 942883
> Sacramento, CA 95811

**IMPORTANT:**

The Office of Appeals will consider all of the supporting documentation you previously submitted to the Office of Grievances when reviewing your appeal, but will not consider any new documentation. Therefore, it is recommended you not attach any documentation to this form.

**Furthermore, any documentation you attach to this form will not be returned to you.**

**Claimant Signature:** _____    **Date Signed:** _____

_ADA Accessible_

17

STATE OF CALIFORNIA

**APPEAL OF GRIEVANCE**

**CONTINUATION PAGE**

DEPARTMENT OF CORRECTIONS AND REHABILITATION

CDCR 602-2 (Rev. 01/22)

Page 2 of 2

**OGT Log No:** _____ 000000478394 _____      **Claim No:** _____

Explain the reason for your appeal. Be as specific as you can.

*I am dissatisfied with the response I was given because* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*ADA Accessible*

18

Exhibit
4

<u>*15 CCR 3141*</u>

This document is current through Register 2023, No. 38, September 22, 2023

*CA • Barclays Official California Code of Regulations > TITLE 15. CRIME PREVENTION AND
CORRECTIONS > DIVISION 3. ADULT INSTITUTIONS, PROGRAMS AND PAROLE > CHAPTER 1:
RULES AND REGULATIONS OF ADULT OPERATIONS AND PROGRAMS > SUBCHAPTER 2.
INMATE RESOURCES > ARTICLE 4. MAIL*

## § 3141. Confidential Correspondence

(a)  Confidential correspondence is a right guaranteed by law. Using
confidential correspondence for personal non-business correspondence, the
transmission of contraband items, or the smuggling of letters and other
communications to be forwarded to persons not listed in subsection (c) is an
abuse of this right and such proven abuse may be subject to disciplinary
action as described in Sections 3314 and 3315.

(b)  Confidential mail will not be limited to First Class mail standards. Mail
received from confidential correspondents will be processed regardless of
weight or postage class.

(c)  Persons and employees of persons with whom inmates may correspond
confidentially and from whom inmates may receive confidential
correspondence include:

(1)  All state and federal elected officials.

(2)  All state and federal officials appointed by the governor or the
President of the United States.

(3)  All city, county, state and federal officials having responsibility for the
inmate's present, prior or anticipated custody, parole or probation
supervision.

(4)  County agencies regarding child custody proceedings, as clearly
identified in the communication and listed on the envelope.

(5)  All state and federal judges and courts.

(6)  An attorney at law, on active status or otherwise eligible to practice
law, listed with a state bar association.

(7)  All officials of a foreign consulate.

15 CCR 3141

(8) The Secretary, Undersecretary, Chief Deputy Secretaries, Executive Director, Assistant Secretaries, Division Directors, Deputy Directors, Associate Directors, the Chief, Office of Appeals, and the Lead Ombudsman's Office of the Department.

(9) A legitimate legal service organization that consists of an established group of attorneys involved in the representation of offenders in judicial proceedings including, but not limited to:

   (A) The American Civil Liberties Union.

   (B) The Prison Law Office.

   (C) The Young Lawyers Section of the American Bar Association.

   (D) The National Association of Criminal Defense Lawyers.

   (E) California Appellate Project.

(d) All incoming confidential mail from an attorney or legal service organization shall include the attorney's name, title, and return address of their office. Institution mailroom staff shall contact the CDCR Office of Legal Affairs Division at Headquarters if there is any question regarding the legitimacy of a legal service organization.

## Statutory Authority

AUTHORITY:

NOTE : Authority cited: *Section 5058, Penal Code*. Reference: *Sections 2600 and 5054, Penal Code*; *In re Jordan, 12 CA 3rd 575 (1974)*; and *King* v. *Borg*, USDC-ED Case No. CIV. S-87-0519 LKK/PAN/P.

## History

HISTORY

1. Editorial correction of subsection (a) filed 2-19-85 (Register 85, No. 8).

2. Change without regulatory effect adopting new subsection (c)(8) and amending NOTE filed 8-19-93; operative 8-19-93 (Register 93, No. 34).

3. Repealer of subsection (c)(6) and subsection renumbering filed 4-8-96 as an emergency; operative 4-8-96 (Register 96, No. 15). Pursuant to *Penal Code section 5058(e)*, a Certificate of Compliance must be transmitted to OAL by 9-15-

96 or emergency language will be repealed by operation of law on the following day.

4. Certificate of Compliance as to 4-8-96 order transmitted to OAL 9-13-96 and disapproved 10-28-96 (Register 96, No. 44).

5. Repealer of subsection (c)(6) and subsection renumbering filed 10-28-96 as an emergency; operative 10-28-96 (Register 96, No. 44). Pursuant to *Penal Code section 5058(e)*, a Certificate of Compliance must be transmitted to OAL by 4-6-97 or emergency language will be repealed by operation of law on the following day.

6. Certificate of Compliance as to 10-28-96 order transmitted to OAL 3-3-97 and filed 4-14-97 (Register 97, No. 16).

7. New subsection (c)(4), subsection renumbering, and amendment of NOTE filed 7-28-97 as an emergency; operative 7-28-97 (Register 97, No. 31). Pursuant to *Penal Code 5058(e)*, a Certificate of Compliance must be transmitted to OAL by 1-5-98 or emergency language will be repealed by operation of law on the following day.

8. Certificate of Compliance as to 7-28-97 order, including further amendment of subsection (c)(4), transmitted to OAL 12-2-97 and filed 1-15-98 (Register 98, No. 3).

9. Amendment filed 7-17-2008; operative 7-17-2008 pursuant to *Government Code section 11343.4* (Register 2008, No. 29).

10. Amendment of subsection (c)(8) filed 3-25-2020 as an emergency; operative 6-1-2020 (Register 2020, No. 13). Pursuant to *Penal Code section 5058.3*, a Certificate of Compliance must be transmitted to OAL by 11-9-2020 or emergency language will be repealed by operation of law on the following day.

11. Emergency filed 3-25-2020 and operative 6-1-2020 extended 60 days pursuant to Executive Order N-40-20 and an additional 60 days pursuant to Executive Order N-66-20 (Register 2020, No. 42). A Certificate of Compliance must be transmitted to OAL by 3-9-2021 or emergency language will be repealed by operation of law on the following day.

12. Amendment of subsection (c)(8) refiled 2-25-2021 as an emergency; operative 3-10-2021 (Register 2021, No. 9). Emergency expiration extended 60 days (Executive Order N-40-20) plus an additional 60 days (Executive Order N-71-20). A Certificate of Compliance must be transmitted to OAL by 10-8-2021 or emergency language will be repealed by operation of law on the following day.

15 CCR 3141

13. Amendment of subsection (c)(8) refiled 10-4-2021 as an emergency; operative 10-8-2021 pursuant to *Government Code section 11346.1(d)* (Register 2021, No. 41). A Certificate of Compliance must be transmitted to OAL by 1-6-2022 pursuant to *Government Code section 11346.1(h)* or emergency language will be repealed by operation of law on the following day.

14. Certificate of Compliance as to 10-4-2021 order transmitted to OAL 12-7-2021 and filed 1-5-2022 (Register 2022, No. 1).

BARCLAYS OFFICIAL CALIFORNIA CODE OF REGULATIONS
Copyright © 2023 by Barclays Law Publishers All rights reserved

End of Document

Daniel Harper G.61389
ASU. 173
P.O. Box 8457
Lancaster, Calic
          93539

Hasler
02/29/2024
US POSTAGE $010.35º
ZIP 93536
011D11654181

ASU
CDCR STATE PRISON
GENERATED MAIL

MAR - 1 2024
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

United States District Court
Central District of California

255 E. Temple St Room 180

Los Angeles    Calic
              90012

Legal and Confidential

